# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WILFRED D. HARRIS | Case No. 1:08cr211-MEF-01 |
| | USM No. 12620-002 |
| | Aylia McKee |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  1, 2, 3, 4 and 5  of the petition filed 7/12/12.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from unlawful use of a controlled substance | 8/4/2011 |
| 2 | Defendant failed to refrain from unlawful use of a controlled substance | 12/29/2011 |
| 3 | Defendant failed to work regularly at a lawful occupation, unless excused by the Probation Officer for schooling, training or other acceptable reasons | 1/25/2011 |
| 4 | Defendant failed to refrain from unlawful use of a controlled substance | 5/9/2012 |
| 5 | Defendant committed another federal, state or local crime | 5/20/2012 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0803

Defendant's Year of Birth: 1976

City and State of Defendant's Residence: Enterprise, AL

10/11/2012
Date of Imposition of Judgment

Signature of Judge

Mark E. Fuller, United States District Judge
Name and Title of Judge

15 OCTOBER 2012
Date

DEFENDANT:          WILFRED D. HARRIS
CASE NUMBER:    1:08cr211-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
Twelve (12) Months. The term of supervised release imposed on 9/3/2009 is REVOKED.
Defendant is to receive credit for time incarcerated since 7/26/2012.

X  The court makes the following recommendations to the Bureau of Prisons:
   1) That the Bureau of Prisons designate the defendant to an institution that can provide substance abuse counseling and evaluation and treatment of mental health issues; specifically for anger management ; 2) that the defendant be placed in a facility within the Bureau Of Prisons where he can receive the benefits of any vocational and educational programs available in the Bureau of Prisons and 3) that defendant be placed in facility as near Stuttgart, Arkansas as possible.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                          _____
                                          UNITED STATES MARSHAL

                                    By    _____
                                          DEPUTY UNITED STATES MARSHAL

DEFENDANT: WILFRED D. HARRIS
CASE NUMBER: 1:08cr211-MEF-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 100.00 | $ | $ |

Assessment fee imposed on 9/3/09 at original sentence.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS**          $ _____ 0        $ _____ 0

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.